| | |
|---|---|
| 1 | TOMAS E. MARGAIN, Bar No. 193555 |
| 2 | DAL BON & MARGAIN, APC |
|   | 28 NORTH 1ST SUITE 210 |
| 3 | SAN JOSE, CA 95113 |
|   | TEL (408) 297-4729 |
| 4 | FAX (408) 297-4728 |
| 5 | Attorneys for Plaintiff |
| 6 | ROGER M. MASON, ESQ. (107486) |
|   | SWEENEY, MASON, WILSON & BOSOMWORTH |
| 7 | 983 University Avenue, Suite 104C |
|   | Los Gatos, CA 95032-7637 |
| 8 | 408-356-3000 phone |
|   | 408-354-8839 fax |
| 9 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| VICTOR PANTOJA | Case No.: C 11-05507 RMW PSG |
|---|---|
| Plaintiff, | **STIPULATION TO DISMISS WITH PREJUDICE WITH COURT TO RETAIN JURISDICTION; [] ORDER** |
| v. | |
| GUERRA CONSTRUCTION GROUP; SANTA CLARA CONSTRUCTION & ENGINEERING INC.; and JAIME SALVADOR GUERRA | |
| Defendants. | |

Plaintiff VICTOR PANTOJA and Defendants GUERRA CONSTRUCTION GROUP; SANTA CLARA CONSTRUCTION & ENGINEERING INC.; and JAIME SALVADOR GUERRA(collectively, "Defendants") through their attorneys of record hereby submit the following stipulation.

1. The parties have executed a written settlement agreement which disposes of all claims in this matter;

2. The settlement agreement calls for consideration to be paid over time; and

///

///

///

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE COURT TO RETAIN JURISDICTION**  1

3. The parties desire to have this matter dismissed with prejudice but to have the Court exercise jurisdiction over the settlement until May 1, 2013.

Dated: April 26, 2012
SWEENEY, MASON, WILSON
& BOSOMWORTH

By: _____//s//_____
ROGER M. MASON, ESQ.
Attorneys for Defendants

Dated: April 26, 2012
DAL BON & MARGAIN, APC
By: _____//s//_____
Tomas Margain
Attorneys for Plaintiff

**ORDER**

**PURSUANT TO STIPULATION, AND GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that this case be Dismissed with prejudice.  However, the Court retains jurisdiction of this matter only for the purposes of enforcing the settlement agreement if one party asserts a breach of the agreement.  This retention of jurisdiction will last until May 1, 2013 only.

**PURSUANT TO STIPULATION, AND GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: May \_Fĺ\_ 2012

*Ronald M. Whyte*

Hon. Ronald M. Whyte, Senior District Judge
United States District Court Judge

STIPULATION AND ORDER TO DISMISS
WITH PREJUDICE COURT TO RETAIN JURISDICTION

2