1  TOMAS E. MARGAIN, Bar No. 193555
   DAL BON & MARGAIN, APC
2  28 NORTH 1ST SUITE 210
   SAN JOSE, CA 95113
3  TEL (408) 297-4729
   FAX (408) 297-4728
4
5  Attorneys for Plaintiff

6  ROGER M. MASON, ESQ. (107486)
   SWEENEY, MASON, WILSON & BOSOMWORTH
7  983 University Avenue, Suite 104C
   Los Gatos, CA 95032-7637
8  408-356-3000 phone
   408-354-8839 fax
9  Attorneys for Defendants

10                    UNITED STATES DISTRICT COURT
                              FOR THE
11                    NORTHERN DISTRICT OF CALIFORNIA

12 | VICTOR PANTOJA | Case No.:  C 11-05507 RMW PSG |
13 |        Plaintiff, | **STIPULATION TO DISMISS WITH PREJUDICE WITH COURT TO RETAIN JURISDICTION; [] ORDER** |
14 | v. | |
15 | GUERRA CONSTRUCTION GROUP; SANTA CLARA CONSTRUCTION & ENGINEERING INC.; and JAIME SALVADOR GUERRA | |
17 |        Defendants. | |

18
19     Plaintiff VICTOR PANTOJA and Defendants GUERRA CONSTRUCTION GROUP;
20 SANTA CLARA CONSTRUCTION & ENGINEERING INC.; and JAIME SALVADOR
21 GUERRA(collectively, "Defendants") through their attorneys of record hereby submit the
22 following stipulation.

23     1.   The parties have executed a written settlement agreement which disposes of all
24          claims in this matter;
25     2.   The settlement agreement calls for consideration to be paid over time; and
26 ///
27 ///
28 ///

**STIPULATION AND ORDER TO DISMISS
WITH PREJUDICE COURT TO RETAIN JURISDICTION**                                              1

3. The parties desire to have this matter dismissed with prejudice but to have the Court exercise jurisdiction over the settlement until May 1, 2013.

Dated: April 26, 2012

**SWEENEY, MASON, WILSON & BOSOMWORTH**

By: _____//s//_____
ROGER M. MASON, ESQ.
Attorneys for Defendants

Dated: April 26, 2012

**DAL BON & MARGAIN, APC**
By: _____//s//_____
Tomas Margain
Attorneys for Plaintiff

## ORDER

**PURSUANT TO STIPULATION, AND GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that this case be Dismissed with prejudice. However, the Court retains jurisdiction of this matter only for the purposes of enforcing the settlement agreement if one party asserts a breach of the agreement. This retention of jurisdiction will last until May 1, 2013 only.

**PURSUANT TO STIPULATION, AND GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: May _Fí_ 2012

_/s/ Ronald M. Whyte_
Hon. Ronald M. Whyte, Senior District Judge
United States District Court Judge